Claude Koontz
4823 B Meadow Lark
Columbia, MO 65201

United States District Court
Western District of Missouri
Attn: Clerk of Court
Kansas City, MO

October 14, 2008

Dear Clerk:

Since I have been detained at the Mid-Missouri Mental Health Center in Columbia, Missouri, I have had no access to legal or law materials; therefore, I do realize my attached filing is incomplete. However, if you would forward the correct cover sheet I will be more than happy to redraft the filing with the proper attachments (i.e. Affidavit in Support of Proceeding in Forma Pauperis). If you could forward the requested information to the above address I can receive it via a third party.

Thank you for your assistance.

Regards,

Claude Koontz