UNITED STATES DISTRICT COURT
310 U.S. COURTHOUSE
131 WEST HIGH STREET
JEFFERSON CITY, MISSOURI 65102

OFFICIAL BUSINESS

7003 3110 0000 4014 5481

**CERTIFIED MAIL**

Handwritten: 11-26 / 12-6

Claude Koontz, Jr.
4823 R Meadow Lark Ln.
Columbia

11-20

BC: 65101155799
NIXIE  631  4C  1  78  12/12/08
RETURN TO SENDER
UNKNOWN REASON
UNABLE TO FORWARD
*1216-05424-12-15

65101@1557

---

RICT COURT FOR THE
OF MISSOURI
SION

08-4261-CV-C-SOW

sion of Time to File the Affidavit of

ill grant plaintiff an extension of time, up

le his Affidavit of Financial Status with

n of Time to File the Affidavit of Financial

an extension of time, up to and including

f Financial Status with the Court. It is

opy of this Order by the U.S. First Class

to the following address: